**UNITED STATES of America,**
**Plaintiff–Appellee,**

**v.**

**Jesus MARTINEZ, Jr., also known as Luis J. Martinez, also known as Chueyto, also known as Casper Martinez–Arredando, also known as Luis Martinez–Arredando, Defendant–Appellant.**

**No. 15–50126**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 24, 2016.

Joseph H. Gay, Jr., U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Joe A. Spencer, Jr., Esq., Law Office of Joe A. Spencer, El Paso, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jesus Martinez, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229

determined that this opinion should not be

(5th Cir.2011). Martinez has filed a response and a motion to proceed pro se, which is denied. The record is not sufficiently developed to allow us to make a fair evaluation of Martinez's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Martinez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to proceed pro se is DENIED, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.